IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02582-PAB

EXOTIC CANOPY SOLUTIONS, LLC,

    Plaintiff,

v.

EASTERN COLORADO HEMP OPERATIONS, INC,
CURNATIV FARMS, LLC,
LE-AN THAN, and
RYAN NGUYEN,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the plaintiff's Response to Show Cause Order [Docket No. 9]. On August 28, 2020, the Court issued an Order to Show Cause as to why this case should not be dismissed due to lack of subject-matter jurisdiction. Docket No. 8. Plaintiff responded to the Court's order on September 25, 2020 [Docket No. 9], stating that it has been "unable to definitively identify all members of Defendant Curnativ" and to "confirm the complete diversity of the parties" without discovery, and that therefore, plaintiff "requests that the Court [] dismiss this action without prejudice so that Plaintiff may pursue its claims against Defendants in the state courts of Colorado." *Id.* at 2. Good cause not having been shown, the Court finds that it lacks subject-matter jurisdiction. Wherefore, it is

    **ORDERED** that this case is dismissed without prejudice.

    DATED October 7, 2020.